# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN JOSE

CR 09     0263     RMW RS

E-filing

FILED

MAR 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JOSEPH BUDDENBERG,
MARYAM KHAJAVI,
NATHAN POPE,
a/k/a Nathan Knoerl, and,
ADRIANA STUMPO,

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 371 - Conspiracy;
18 U.S.C. § 43 - Force, violence, and threats involving animal enterprises

A true bill.

_Lynda Benjamin_
Foreman

Filed in open court this 12th day of

_March 2009_

BETTY P. LEE

Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Process

Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2

3

4          E-filing

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          CR 09        0263

13          Plaintiff,            )  VIOLATIONS:
                                   )
14     v.                         )  18 U.S.C. § 371 -- Conspiracy;
                                   )  18 U.S.C. § 43 -- Force, violence, and
15  JOSEPH BUDDENBERG,             )  threats involving animal enterprises
    MARYAM KHAJAVI,                )
16  NATHAN POPE                    )  SAN JOSE VENUE
       a/k/a Nathan Knoerl, and    )
17  ADRIANA STUMPO,                )
                                   )
18          Defendants.            )
                                   )
19  _____  )

20                   I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE: 18 U.S.C. § 371 (Conspiracy)

23  1.      From in or about October 2007 through in or about July 2008, in the Northern District of

24  California, the defendants,

25                  JOSEPH BUDDENBERG,
                     MARYAM KHAJAVI,
26        NATHAN POPE a/k/a NATHAN KNOERL, and
                     ADRIANA STUMPO,
27
    conspired to use and caused to be used a facility of interstate commerce for the purpose of
28
    damaging and interfering with the operations of an animal enterprise, and in connection with that

    INDICTMENT

1   purpose, did intentionally place a person in reasonable fear of death of, and serious bodily injury

2   to that person, a member of the immediate family of that person, and a spouse and intimate

3   partner of that person by a course of conduct involving threats, acts of vandalism, property

4   damage, criminal trespass, harassment, and intimidation, in violation of Title 18, United States

5   Code, Section 43.

6   2.      In furtherance of the conspiracy and to effect the objects thereof, within the

7   Northern District of California, the defendants,

JOSEPH BUDDENBERG,
MARYAM KHAJAVI,
NATHAN POPE a/k/a Nathan Knoerl, and
ADRIANA STUMPO,

and others, did commit and cause to be committed the following overt acts, among others:

A.  On or about October 21, 2007, defendants BUDDENBERG, POPE,

STUMPO, and others known and unknown to the Grand Jury, engaged in acts involving threats,

criminal trespass, harassment, and intimidation at a bio-medical researcher's residence in the

East Bay;

B.  On or about January 27, 2008, defendants BUDDENBERG, KHAJAVI,

POPE, STUMPO, and others known and unknown to the Grand Jury, engaged in acts involving

threats, harassment, and intimidation at several bio-medical researchers' residences in the East

Bay;

C.  On or about July 27, 2008, defendants POPE, STUMPO, and another person

known to the Grand Jury, used the Internet to find information on bio-medical researchers at the

University of California at Santa Cruz.

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: 18 U.S.C. § 43 (Force, violence, and threats involving animal enterprises)

3.      From in or about October 2007 through in or about July 2008, in the Northern District of

California, the defendants,

JOSEPH BUDDENBERG,
MARYAM KHAJAVI,
NATHAN POPE a/k/a NATHAN KNOERL, and
ADRIANA STUMPO,

INDICTMENT                                    2

1  used and caused to be used a facility of interstate commerce, for the purpose of damaging and

2  interfering with the operations of an animal enterprise, and in connection with that purpose did

3  intentionally place and attempt to place a person in reasonable fear of death of, and serious bodily

4  injury to that person, a member of the immediate family of that person, and a spouse and intimate

5  partner of that person by a course of conduct involving threats, acts of vandalism, property

6  damage, criminal trespass, harassment, and intimidation, in violation of Title 18, United States

7  Code, Section 43.

8

9  DATED:                                                    A TRUE BILL.

10  *March 12, 2009*

11                                                           FOREPERSON

12  JOSEPH P. RUSSONIELLO
    United States Attorney

13

14

15  BRIAN J. STRETCH
    Chief, Criminal Division

16

17  (Approved as to form:                                   )
                      AUSA Elise Becker

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                    3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAR 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, United States Code, Section 371 - Conspiracy
Title 18, United States Code, Section 43 - Force, violence, and threats involving animal enterprises

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment per count

### DEFENDANT - U.S

▶ UNITED STATES v. JOSEPH BUDDENBERG

DISTRICT COURT NUMBER

CR 09        0263

RMW
RS

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Andrew Myers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 09-MJ-70175 RS

Name and Office of Person Furnishing Information on this form

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     AUSA Elise Becker

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
} If "Yes" give date filed

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**
MAR 12 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, United States Code, Section 371 - Conspiracy
Title 18, United States Code, Section 43 - Force, violence,
and threats involving animal enterprises

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   5 years imprisonment, $250,000 fine, 3 years supervised release,
           $100 special assessment per count

### DEFENDANT - U.S

▶ UNITED STATES v. MARYAM KHAJAVI

DISTRICT COURT NUMBER

CR 09 0263 RMW

RS

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Andrew Myers

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

_____

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

09-MJ-70175 RS

Name and Office of Person
Furnishing Information on this form _____

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      AUSA Elise Becker

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
     summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
                                        ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    If "Yes"
been filed?             give date
             ☐ No      filed

DATE OF        Month/Day/Year
ARREST    ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

*FILED*

— OFFENSE CHARGED —

Title 18, United States Code, Section 371 - Conspiracy
Title 18, United States Code, Section 43 - Force, violence, and threats involving animal enterprises

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment per count

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED*
MAR 1 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— DEFENDANT - U.S ———

► UNITED STATES v. NATHAN POPE

DISTRICT COURT NUMBER

CR 09   0263   RMW

RS

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)

FBI SA Andrew Myers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Elise Becker

— DEFENDANT —

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Western District of North Carolina

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ Federal   ☐ State

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

—————— ADDITIONAL INFORMATION OR COMMENTS ——————

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

### OFFENSE CHARGED

Title 18, United States Code, Section 371 - Conspiracy
Title 18, United States Code, Section 43 - Force, violence, and threats involving animal enterprises

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment per count

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED*
*MAR 12 2009*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### DEFENDANT - U.S.

► UNITED STATES v. ADRIANA STUMPO

DISTRICT COURT NUMBER

CR 09   0263   RMW   RS

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI SA Andrew Myers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:      ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Elise Becker

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Western District of North Carolina

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction                    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                           ☐ No

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT       Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments: